```
                                          F I L E D
                                    CLERK, U.S. DISTRICT COURT

                                          2/24/2023

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY:        RAM         DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 5:23-MJ-00089 |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| PHAITH MARIA SOTOMAYOR, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>SOUTHERN</u> District of <u>CALIFORNIA</u> for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

      ( )   information in the Pretrial Services Report and Recommendation

      ( )   information in the violation petition and report(s)

      ( )   the defendant's nonobjection to detention at this time

      ( )   other: _____

1  and/ or

2  B. (×)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

  (×)  information in the Pretrial Services Report and Recommendation

  (×)  information in the violation petition and report(s)

  ( )  the defendant's nonobjection to detention at this time

  (×)  other: <u>Allegation of New Serious Criminal Conduct while on Supervised Release.</u>

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 2/24/2023

_____
KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE